# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 701 MAL 2014
:
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
     v. :
:
:
:
NATHANIEL BRABHAM, :

         Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.